**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HASMIK MARTIROSYAN, | ) | Case No. ED CV 26-1354 FMO (AYP) |
| Petitioner, | ) ) | |
| v. | ) ) | **ORDER RE: APPLICATION FOR PRELIMINARY INJUNCTION** |
| JAMES JANECKA, et al., | ) ) | |
| Respondents. | ) ) ) | |

The court has reviewed and considered all the briefing filed with respect to Hasmik Martirosyan's ("petitioner") Application for a Temporary Restraining Order, (Dkt. 2, "Application"), which the court converted to an Application for a Preliminary Injunction. (See Dkt. 5, Court's Order of March 24, 2026, at 1). In their Response to the Application, respondents contend that the court lacks jurisdiction to rescind petitioner's final order of removal. (See Dkt. 8, Response at 2-3). However, respondents also contend that they "are not presenting an opposition argument . . . as to [petitioner's] specific argument regarding immediate release." (Id. at 3). In her Reply, petitioner "clarifies that she is not requesting this Court to review, vacate, or stay her final order of removal[,]" and that her Application instead "seeks relief that is squarely within this Court's habeas jurisdiction for release from unlawful and prolonged immigration detention." (Dkt. 9, Reply at 2). In light of respondents' concession that they do not present any arguments in opposition to petitioner's request for immediate release, (Dkt. 8, Response at 3), the court will grant petitioner's Application as set forth below. See Singh v. Chiang, 2025 WL 4058328, *4 (C.D. Cal. 2025)

(construing government respondents' failure to respond to an argument raised by habeas petitioner in TRO as a concession to that argument).

Based on the foregoing, IT IS ORDERED THAT:

1.  Petitioner's PI Application **(Document No. 2)** is **granted** as set forth in this Order.

2.   Respondents shall release petitioner forthwith under reasonable conditions of supervision provided under 8 U.S.C. § 1231(a)(3), and shall return to petitioner any and all personal effects seized from petitioner, including all identification documents and immigration documentation.

3.  Respondents shall file with the court a Notice of Compliance within twenty-four (24) hours of releasing petitioner.

4.  If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District pending final resolution of this case, or unless executing a final order of removal issued against petitioner.

5.  Should respondents take steps to remove petitioner to a third country, respondents shall not remove petitioner to any third country without providing petitioner and her counsel written notice and affording petitioner a meaningful opportunity to seek any available fear-based protections or relief.

6.  The parties shall meet and confer no later than **April 6, 2026**, to discuss what, if anything, remains to be done with respect to the Petition (Dkt. 1).

7.  Should the parties agree there is nothing further for the court to decide, they shall file a stipulation and proposed dismissal order no later than **April 8, 2026.**

8. If the parties disagree as to whether anything remains to be decided with respect to the Petition, then the parties shall file a joint status report.  The status report shall, at a minimum, include the parties' positions on the following: (1) what issues remain for decision; (2) with respect to each issue, whether both parties intend to stand on briefing already filed, and if so, pointing the court to the specific docket entries and page numbers that provide the relevant briefing on each of the issues that remain; (3) if either party believes further briefing is necessary, proposing a schedule for such briefing and lodging a proposed briefing order; and (4) whether the parties agree

to consent to the assigned Magistrate Judge for all purposes.[1]  The parties' joint status report shall be filed no later than **April 8, 2026**.

9.  If the parties do not file a stipulation or joint status report by the deadlines set forth above, the court will deem that as consent that no further relief is available and dismiss the case without prejudice.

Dated this 31st day of March, 2026.

/s/
_____
Fernando M. Olguin
United States District Judge

---

[1]  If the parties consent to the assigned Magistrate Judge, they may file a Consent to Magistrate Judge (form CV-11D) in lieu of a joint status report by the above deadline.